UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GONZALES,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

Case No. 16-14350

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
MONA K. MAJZOUB

**ORDER ADOPTING REPORT AND RECOMMENDATION [19]; GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [13]; DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [14]; AND REMANDING CASE**

On February 6, 2018, the Magistrate Judge issued a Report and Recommendation ("R&R") [19] on the Plaintiff's Motion for Summary Judgment [13] and Defendant's Motion for Summary Judgment [14]. The R&R recommended that the Court grant Plaintiff's Motion for Summary Judgment, deny Defendant's Motion for Summary Judgment, and remand the case to the Commissioner under sentence four of 42 U.S.C. § 405(g). Neither party has filed any objection to the R&R.

The Court having reviewed the record, the R&R [19] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [13] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [14] is **DENIED**.

**IT IS FURTHER ORDERED** that the case is **REMANDED** to the Commissioner for further proceedings consistent with the R&R.

**THIS CASE IS CLOSED**.

**SO ORDERED**.

Dated: February 22, 2018

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge