UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GONZALES,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

                                    /

Case No. 16-14350

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
MONA K. MAJZOUB

**ORDER ADOPTING REPORT AND RECOMMENDATION [28]; AND DENYING PLAINTIFF'S MOTION FOR ATTORNEY FEES [23]**

On February 6, 2018, the Magistrate Judge issued a Report and Recommendation [19] recommending that the Court remand this case to the Commissioner for further proceedings. On February 22, 2018, the Court issued an Order [20] adopting the Report and Recommendation and remanding the proceedings.

On March 22, 2018, Plaintiff filed a Motion for Attorney Fees [23]. The Commissioner filed a Response [24] on April 5, 2018. On April 6, 2018, the Court referred the Motion to the Magistrate Judge. Plaintiff filed a Reply [27] on April 18, 2018.

On May 28, 2019, the Magistrate Judge issued a Report & Recommendation ("R&R") [28] recommending that the Court deny Plaintiff's Motion for Attorney Fees. Neither party has filed objections.

The Court having reviewed the record, the R&R [28] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Attorney Fees [23] is **DENIED**.

**SO ORDERED**.

                                              s/Arthur J. Tarnow
                                              Arthur J. Tarnow
Dated: June 26, 2019                Senior United States District Judge